# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Denver W. Blevins,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:24-cv-00153-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **Timothy Maynor, et al** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2024 Order.

July 31, 2024

_____

Katherine Hord Simon, Clerk
United States District Court